**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION**

| | |
|---|---|
| LAKEVIEW LOAN SERVICING, LLC, | |
| Plaintiff, | CIVIL ACTION NO.: 2:25-cv-155 |
| v. | |
| WESLEY L. WALKER, and THE UNITED STATES OF AMERICA, | |
| Defendants. | |

**O R D E R**

Plaintiff filed a Motion for Service by Publication.  Doc. 9.  Plaintiff also filed a Motion to Abate, which the Court construes as a Motion to Stay.  Doc. 11.  Both Motions are unopposed. Plaintiff explains in its Motion to Abate that it is prohibited from litigating the matter because Defendant Walker entered into a loss mitigation workout plan.  Doc. 11 at 1; see 12 C.F.R. § 1024.41(g).  As a result, Plaintiff requests that all deadlines be stayed for at least 90 days to allow the parties to complete the loss mitigation plan.  Doc. 11 at 2.

The Court **GRANTS as unopposed** construed Plaintiff's Motion to Stay, doc. 11.  The Court stays all deadlines in this case for 90 days.  The stay will lift automatically at that time, and the parties shall provide a status update to the Court on the status of the loss mitigation plan every 30 days after the expiration of the stay.  The Court **DENIES without prejudice** Plaintiff's

Motion for Service by Publication.  Doc. 9.  Plaintiff may renew the Motion if any matters remain pending after the stay is lifted.

**SO ORDERED**, this 13th day of April, 2026.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA